## United States District Court

Southern District of New York

| | |
|---|---|
| Yvon Jeannot,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>The City of New York; New York City Police Officer Mark Morales, shield number 06100, New York City Police Traffic Enforcement Agent Ursula Edgehill, John Does 1 and 2,<br><br>　　　　　　Defendants | 07 CIV 8480<br><br>**SUMMONS IN A CIVIL ACTION** |

To:  New York City
     Law Department
     100 Church Street, 4th floor
     New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

　　　Darius Wadia
　　　Darius Wadia, LLC
　　　233 Broadway, Suite 2208
　　　New York, New York 10279

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a period of time after service.

**J. MICHAEL McMAHON**                                              OCT 0 1 2007
_____                       _____
Clerk                                                              Date

_(By) Deputy Clerk_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/4/2007 |
| NAME OF SERVER (PRINT) Danny Vizuete | TITLE Office Manager/Paralegal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   New York City Law Department, 100 Church Street, 4th Floor, New York, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/21/2007
                  Date                      Signature of Server

233 Broadway, Suite 2208, New York, NY 10279
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.