≎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

YVON JEANNOT

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 8480

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

October 24, 2007
Date

Signature

Robyn N. Pullio        RP 7777
Print Name             Bar Number

100 Church Street
Address

New York, N.Y. 10007
City        State        Zip Code

(212) 788-1090        (212) 788-9776
Phone Number          Fax Number