UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YVON JEANNOT,

                            Plaintiff,

         -against-

THE CITY OF NEW YORK; NEW YORK CITY POLICE
OFFICER MARK MORALES, SHIELD NUMBER
06100; NEW YORK CITY POLICE TRAFFIC
ENFORCEMENT AGENT URSULA EDGEHILL; and
JOHN DOES 1 AND 2,

                            Defendants.
------------------------------------------------------------X

**SCHEDULING ORDER**

07 Civ. 8480 (SAS)

Conference Date:
November 28, 2007, at 4:30 p.m.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

       WHEREAS, the Court issued an order for a Conference in accordance with Fed. R. Civ. P. 16(b) on October 18, 2007, (the "Order"); and

       WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

       NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;
- November 28, 2007 at 4:30 p.m.
- Plaintiff Yvon Jeannot by Darius Wadia, Esq., Darius Wadia L.L.C., 233 Broadway, Suite 2208, New York, New York 10279, (212) 233-1212.
- Defendants City of New York, Police Officer Mark Morales, and Traffic Enforcement Agent Ursula Edgehill by Robyn N. Pullio, Esq., Assistant Corporation Counsel, Office of the Corporation Counsel, 100 Church Street, New York, New York 10007, (212) 788-1090.

(2)    a concise statement of the issues as they then appear;

Plaintiff: Plaintiff claims that on May 8, 2007, he was subjected to an unreasonable search and seizure and falsely arrest and imprisonment and that he was maliciously prosecuted thereafter.

Defendants: Defendants deny that plaintiff was subjected to false arrest, false imprisonment or malicious prosecution.

1

(3)   a schedule including:

  (a) the names of person to be deposed and a schedule of planned depositions;

  Plaintiff: ~~Unknown~~ *Mr alls, Ed Shill, John Does*

  Defendants: Defendants anticipate deposing plaintiff Yvon Jeannot and plaintiff's wife, Marguerite O'Brien, as well as any witnesses to the incident alleged in the complaint. Additional depositions may be needed as discovery continues.

  (b) a schedule for the production of documents;

  The parties will each serve demands for production of documents by **December 12, 2007**. The parties will respond in keeping with the Federal Rules.

  (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed; **No expert discovery anticipated**

  (d) time when discovery is to be completed: ~~**June 13, 2008**~~ *MAR 28*

  (e) the date by which ~~plaintiff~~ will supply its pre-trial order matters to defendant; ~~**July 16, 2008**~~ *April 16, 2008*

  (f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: ~~**August 6, 2008**~~ *April 30, 2008*

  (g) a space for a date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

  *April 8 at 4:30* _____(leave blank)

(4)   a statement of any limitation to be placed on discovery, including any protective or confidentiality orders: **None known at this time**

(5)   a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement: **None known at this time**

(6)   anticipated fields of expert testimony, if any: **None anticipated**

(7)   anticipated length of trial and whether to Court or jury: **2 to 4 days by jury**

(8)   This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

(9)   names, addresses, phone number and signatures of counsel;

| | |
|---|---|
| Darius Wadia, Esq.<br>Darius Wadia L.L.C.<br>Attorney for Plaintiff<br>233 Broadway, Suite 2208<br>New York, New York 10279<br>(212) 233-1212 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendant City of New York,<br>Police Officer Mark Morales and Traffic<br>Enforcement Agent Ursula Edgehill<br>100 Church Street<br>New York, New York 10007<br>(212) 788-1090 |
| By: _____<br>    Darius Wadia | By: _____<br>    Robyn N. Pullio |

SO ORDERED:

_____  11/28/07
SHIRA A. SCHEINDLIN, U.S.D.J.

3