09/28/2007 17:13 FAX 2125711117       HARDIN, KUNDLA, MCKEON                    @002

RECEIVED
2008
DOUGLAS F EATON
U.S.M.J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELSIE FUENTES,

                                        Plaintiff,     STIPULATION OF
                                                DISCONTINUANCE

-against-
                                                 05-6985 (DFE)

ASHLAND PLUMBING CORP.
and 430 PARK AVENUE COMPANY LP.,

                                        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record (and representatives) for all parties to the above entitled action

(1) That the above-captioned action is settled in the amount of $30,000.00 with the following breakdown:

(a) $13,500 from American Automobile Insurance Company (a Fireman's Fund Insurance Company), paid on behalf of The Lanstar Companies, LTD., Robert Landsmann;

(b) $1,500 from Illinois Union Insurance Company; and

(c) $1,000 from CRC Insurance Services;

(d) $3,000 from defendant Ashland Plumbing Corp.;

(e) $3,000 from defendant 430 Park Avenue Company, LLP;

(f) $8,000 from Lancer Insurance Company.

(2) That the above-described settlement checks will be issued within twenty (20) days following receipt of a duly executed release from the plaintiff;

(3) That the above-captioned action is Discontinued as to defendants with prejudice and without costs to either party as against the other;

09/26/2007 17:13 FAX 2125711117     HARDIN,KUNDLA,McKEON     @003

(4) It is understood by the parties that the related action of Lancer Insurance Company v. Ashland Plumbing Corp., 430 Park Avenue LP, Elsie Fuentes and Illinois Union Company (and the third party action), currently pending in Nassau County Supreme Court under index number 2573/07 will be discontinued with prejudice. A separate stipulation of discontinuance to that effect will be filed in that action.

(5) A faxed or e-mailed copy of this stipulation will have the full force and effect of the original.

(6) This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
September 25, 2007

| Law Office of Robert Kaminski, PLLC<br>Attorney(s) for Plaintiff(s)<br>350 Fifth Avenue, #2310<br>New York, New York 10118<br>(212) 355-5886<br><br>By: _____<br>Robert Kaminski (RK6286) | Carfora, Klar, Gallo, Vitucci, Pinter & Cogan<br>Attorneys for Lancer Insurance Company<br>185 Madison Ave Fl 12,<br>New York, NY 10016<br>Fax: (212) 683-5555<br>jscarlato@cklaw-ny.com<br><br>By: _____<br>Joseph Scarlato (JS 9312) | Cartafalsa, Slattery, Turpin & Metaxas<br>One Liberty Plaza<br>165 Broadway - 28Th Floor<br>New York, New York 10006<br>Phone: (212) 225-7700<br>david.beyda@zurichna.com<br><br>By: _____<br>David R. Beyda (DB4879) |
| --- | --- | --- |
| ESCHEN, FRENKEL & WEISMAN, LLP<br>20 West Main Street<br>Bay Shore, New York 11706-8304<br>Phone: 631-969-7777<br>Fax: 631-666-3878<br>josephb@EFWLAW.com<br><br>By: _____<br>Joseph Battista (JB   ) | Hardin, Kundla, McKeon & Poletto<br>Attorneys for ILLINOIS UNION INSURANCE COMPANY<br>110 William Street<br>New York, New York 10038<br>Phone: (212) 571-0111<br>Fax: (212) 571-1117<br>mmccaffrey@HKMPP.com<br><br>By: _____<br>Michael K. McCaffrey | American Automobile Insurance Company (a Fireman's Fund Insurance Company)<br>400 Essjay Road, Suite 220<br>Williamsville, New York 14221<br>1-800-462-7177 ext. 534904<br>Fax 866-335-4968<br>Gcerne@FFIC.com<br><br>By: _____<br>Gail A. Cerne |

09/20/2007 17:14 FAX 2125711117          HARDIN, KUNDLA, McKEON                    ☒004

| CRC Insurance Services, Inc. | | |
| Sirote & Permutt, P.A. | | |
| 2311 Highland Avenue South | | |
| Birmingham, AL 35205 | | |
| (205) 930-5106 | | |
| rmccless@sirote.com | | |
| By: /s/ Rushton McCless | | |
| J. Rushton McCless | | |

So Ordered February 21, 2008

/s/ Douglas F. Eaton

Hon. Douglas F. Eaton
United States Magistrate Judge